UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Gerald Nelson,                                  :
                                                :    Case No. 15-CV-__672__
                              Petitioner,       :
                                                :
     -against-                                  :
                                                :
Amalgamated Transit Union Local 1181-           :
1061, AFL-CIO, MV Transportation,               :
Jessica D. Ochs and Michalaire (Mitch)          :
Phantor                                         :
                                                :
                              Respondents.      :
-------------------------------------------------------X

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that respondents MV Transportation, Inc. (incorrectly named as MV

Transportation) and Michelaire Phanor (incorrectly named as Michalaire (Mitch) Phantor), by

and through their undersigned counsel, and pursuant to 28 U.S.C. §§ 1331 and 1441, file this

Notice of Removal and hereby remove to this Court the civil action captioned *Gerald Nelson v.*

*Amalgamated Transit Union, Local 1181-1061, et al.,* Index No. 13986/14 previously filed in the

Supreme Court of the State of New York, County of Kings.  The grounds for removal are as

follows:

## THE STATE COURT ACTION

1.      On or about January 21, 2015, petitioner filed an amended petition against

respondents in the Supreme Court of the State of New York, County of Kings, Index No.

14/13986.  *See* Exhibit 1.

2.      Petitioner attempted to serve the amended petition on respondents MV

Transportation, Inc. and Michelaire Phanor on January 23, 2015.  Respondents MV

Transportation, Inc. and Michelaire Phanor never received notice of the original petition.

Accordingly, this Notice of Removal is being filed within thirty (30) days of receipt of the amended petition by respondents MV Transportation, Inc. and Michelaire Phanor.

### JURISDICTION PURSUANT TO 28 U.S.C. § 1331

3. The District Courts of the United States are given original jurisdiction over all civil matters involving questions of federal law. 28 U.S.C. § 1331.

4. The matter in controversy here involves question of federal law. Specifically, the petition seeks to challenge the calculation of backpay awarded to petitioner by an arbitrator in an arbitration between petitioner's union and his employer pursuant to the collective bargaining agreement between them. He also challenges the fact that taxes were withheld from such payment of back wages. The petition also raises claims that the respondent union breached its duty of fair representation.

5. Thus, the petition contains causes of action under federal statutes, including: the National Labor Relations Act, 29 U.S.C. § 141, Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185; the Federal Arbitration Act, 9 U.S.C. § 1, as well as the Internal Revenue Code, 26 U.S.C. § 1.

6. Accordingly, the requirements for original jurisdiction under 28 U.S.C. § 1331 are satisfied.

### REMOVAL PROCEDURE

7. In sum, removal is proper under 28 U.S.C. § 1441. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure. True and legible copies of all process, pleadings, and orders (the amended petition) served upon respondents are annexed hereto as Exhibit 1 in accordance with 28 U.S.C. § 1446(a).

8.      Promptly after the filing of this Notice of Removal, a true copy of this Notice of Removal will be provided to all parties pursuant to 28 U.S.C. § 1446(d).

9.      Concurrently with the filing of this Notice of Removal, respondents MV Transportation, Inc. and Michelaire Phanor will file a Notification of Filing Notice of Removal with the Clerk of the Supreme Court of the State of New York, Kings County, which will include a copy of this Notice of Removal.  A copy of the Notification of Filing Notice of Removal is annexed hereto as Exhibit 2.

10.     By filing this Notice of Removal, respondents MV Transportation, Inc. and Michelaire Phanor do not waive any defenses or affirmative defenses, including but not limited to defenses related to service.

### CO-RESPONDENTS JOIN IN THIS REMOVAL

11.     Co-respondents Amalgamated Transit Union Local 1181-1061, AFL-CIO, and Jessica D. Ochs join in the removal of this action.  By joining in this removal, co-respondents do not waive any defenses or affirmative defenses, including but not limited to defenses related to service.

WHEREFORE, respondents MV Transportation, Inc. and Michelaire Phanor hereby remove this action from the Supreme Court of the State of New York to the United Stated District Court for the Eastern District of New York, and respectfully request that this Court issue such orders and process as are necessary to preserve its jurisdiction over this matter.

Dated: February 10, 2015
        New York, New York

Jeffrey D. Pollack
Timothy Wolf
Mintz & Gold LLP
600 Third Ave, 25th Floor
New York, NY 10016

3

(212) 696-4848
*Attorneys for respondents MV*
*Transportation, Inc. and*
*Michelaire Phanor*
*Pollack@mintzandgold.com*
*Wolf@mintzandgold.com*

4